IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL GARDNER,

      Plaintiff,                    No. CIV S-06-1174 FCD CMK P

      vs.

SCOTT KERNAN, Warden, et al.,

      Defendants.

_____/      ORDER

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. Plaintiff alleges that defendants Scott Kernan and Jeanne Woodford have promulgated a policy which results in plaintiff being denied adequate exercise in violation of the Eighth Amendment.[1]

      The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.

---

[1] Plaintiff also asserted claims against four other defendants: R. Mandeville, J. Walkder, R. Hill, and J.S. Zuber.  These claims and defendants were dismissed on October 27, 2006.

1

1  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies
2  with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal
3  of the action.  See Local Rule 11-110.
4        In accordance with the above, IT IS HEREBY ORDERED that:
5        1. Service is appropriate for the following defendants: Scott Kernan and Jeanne
6  Woodford
7        2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
8  an instruction sheet and a copy of the complaint filed May 31, 2006.
9        3. Within thirty days from the date of this order, plaintiff shall complete the
10  attached Notice of Submission of Documents and submit the following documents to the court:
11        a. The completed Notice of Submission of Documents;
12        b. One completed summons;
13        c. One completed USM-285 form for each defendant listed in number 3
14        above; and
15        d. Three copies of the endorsed complaint filed May 31, 2006.
16        4. Plaintiff need not attempt service on defendants and need not request waiver of
17  service.  Upon receipt of the above-described documents, the court will direct the United States
18  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
19  without payment of costs.
20
21  DATED:  November 1, 2006.
22
23                          **CRAIG M. KELLISON**
24                          UNITED STATES MAGISTRATE JUDGE
25
26

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11            Plaintiff,                        No. CIV
12       vs.
13                                              NOTICE OF SUBMISSION
14            Defendants.                       OF DOCUMENTS
15  _____/
16       Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18            _____      completed summons form
19            _____      completed USM-285 forms
20            _____      copies of the _____
                                        Complaint/Amended Complaint
21  DATED:
22
23                                              _____
                                                Plaintiff
24
25
26