IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL GARDNER,

       Plaintiff,                     No. CIV S-06-1174 FCD CMK P

   vs.

SCOTT KERNAN, Warden, et al.,

       Defendants.     ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed an amended complaint. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a). An answer was filed on December 6, 2006. Plaintiff has filed neither a motion to amend nor a stipulation to amend the complaint signed by all parties.[1] Plaintiff's amended complaint will therefore be stricken, and this action will proceed on the complaint filed September 26, 2006.

///

///

---

[1] Plaintiff states in the amended complaint that he is submitting the amended complaint pursuant to the court's September 5, 2006 order. However, the September 26, 2006 complaint was submitted pursuant to the court's September 5, 2006 order. Plaintiff has not been granted leave of the court to file an amended complaint.

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's December 6, 2006
2 amended complaint is stricken.
3 DATED:   December 8, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE