EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-6421
 Fax: (916) 324-5205
 Email: Jaime.Ganson@doj.ca.gov

Attorneys for Defendants Kernan and Woodford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EARL GARDNER,**<br><br>                                   Plaintiff,<br><br>      v.<br><br>**SCOTT KERNAN, et al.,**<br><br>                                   Defendants. | 2:06-cv-1174 FCD CMK P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Good cause appearing, Defendants are granted a 45-day extension of time to respond to Plaintiff's Complaint. Defendants' responses to Plaintiff's complaint shall be due on or before May 17, 2007.

April 3, 2007

                              /s/   **CRAIG M. KELLISON**
                              Craig M. Kellison
                              UNITED STATES MAGISTRATE JUDGE

*Proposed Order*
1