IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL GARDNER,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**SCOTT KERNAN, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:06-cv-1174 FCD CMK P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

　　　Good cause appearing, Defendants are granted a 15-day extension of time to respond to the opposition to Defendants' Motion to Dismiss. Defendants' response shall be due on or before July 10, 2007.

June 26, 2007

　　　　　　　　　　　　　　　　/s/   **CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1