IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL GARDNER,

        Plaintiff,                      No. CIV 2:06-cv-1174-ALA

    vs.

SCOTT KERNAN, et. al.,

        Defendants.               ORDER

_____/

        In their Reply in support of their Motion to Dismiss, Defendants requested clarification regarding whether the Motion to Dismiss should have addressed the original Complaint dated May 31, 2006 or the Amended Complaint dated September 26, 2006. Defendants are advised that the September 26, 2006, First Amended Complaint, Docket No. 8 is the only complaint before this Court.[1] Defendants request for additional time to file an appropriate responsive pleading is GRANTED.

        In their responsive pleading, the Defendants are directed to address the following issue:

        Is Eleventh Amendment immunity an affirmative defense for Defendant Warden Kernan and Defendant Woodford? Please address whether the defense is available to each defendant separately and if so, what remedy, if any, is available to Mr. Gardner.

        Mr. Gardner will then have twenty-eight days from the date that Defendants file the

---

[1] The record shows that the "Amended Complaint" filed on December 6, 2006 was stricken by the Court. *See* Docket No. 18. The original complaint filed on May 31, 2006 was dismissed on September 8, 2006 with leave to file an amended complaint. *See* Docket No. 5.

1

1 | responsive pleading to file a response to the above issue and to the responsive pleading.
2 | /////
3 |       In accordance with the above, IT IS HEREBY ORDERED that:
4 |       1.  Defendants' Request for additional time is GRANTED;
5 |       2.  Defendants are each granted thirty-five days from the date of service of this order to
6 | file an appropriate responsive pleading;
7 |       3.  Plaintiff is granted twenty-eights days from the date that Defendants file their
8 | responsive pleading to respond.
9 | /////
10 | DATED: November 8, 2007

                           /s/ Arthur L. Alarcón
                           UNITED STATES CIRCUIT JUDGE
                           Sitting by Designation